**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-01204-LTB-MEH

RAECHEL MARIE CARMAN,

       Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

       Defendant.

---

**ORDER**

---

       THIS MATTER having come before the Court on the Joint Stipulation of Dismissal (Doc 18 - filed December 18, 2015), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   December 21, 2015